IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Shawn Michael Robinson, ) | C/A NO. 3:13-73-CMC-JRM |
| ) | |
| Plaintiffs, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| ) | |
| SC Dept of Mental Health; Dwight Green; ) | |
| Robert Vick; Leonard Ramsey; ) | |
| SC Public Safety Officers Lt. Rosalind ) | |
| Dendy; Cpl. Jarvis Borum; Invest James M. ) | |
| Koons; SCDMH Security Officers Eric ) | |
| Rotenberry; Benjamin Williams, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court on Plaintiff's complaint which raises, *inter alia*, claims pursuant to 42 U.S.C. § 1983.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(e), DSC, this matter was referred to United States Magistrate Judge Joseph R. McCrorey for pre-trial proceedings. On February 11, 2013, the Magistrate Judge issued an Order denying the motion for appointment of counsel and/or for appointment of a guardian ad litem, filed by "Next of Friend James Gordon Gibson."

On March 1, 2013, Gibson filed an "Objection" to the Order. ECF No. 12. Because Magistrate Judge McCrorey's ruling concerned a nondispositive matter, the ruling will be set aside only if it was "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A); see *United States v. United States Gypsum Co.*, 333 U.S. 364, 395 (1948) (under "clearly erroneous" standard, the reviewing court must affirm unless it "on the entire evidence is left

1

with the definite and firm conviction that a mistake has been committed").

The court determines that Magistrate Judge McCrorey's order was not clearly erroneous or contrary to law. Accordingly, the order is affirmed and this matter is returned to the Magistrate Judge for further pretrial proceedings.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
March 27, 2013