UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Shawn Michael Robinson | ) | C/A No: 3:13-73-CMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION IN LIMINE** |
| v. | ) | **TO EXCLUDE EVIDENCE** |
| | ) | **RELATING TO INVESTIGATIONS** |
| Dwight Green; Robert Vick; | ) | **BY UNITED STATES AGENCIES** |
| Leonard Ramsey; Jarvis Borum; Eric | ) | |
| Rottenberry; and Benjamin Williams, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**TO: CHARLES BROOKS, ESQUIRE, ATTORNEY FOR PLAINTIFF:**

Following completion of drafting the originally filed Motions in Limine, the Defendants realized the need for an additional Motion in Limine. Accordingly, Defendants hereby move this Court in limine for an Order excluding the following evidence from the trial in this action:

To exclude any and all evidence and testimony relating to any investigation of the incident alleged in the Complaint by the Federal Bureau of Investigation or other United States agencies. During the course of this litigation, the Plaintiff has claimed that the incident alleged in the Complaint was investigated by the Federal Bureau of Investigations ("F.B.I."). There has been no evidence produced or discovered to substantiate that any investigation by the F.B.I or other United States Agencies was actually conducted. Any evidence or testimony relating to alleged investigation by the F.B.I or other United States Agencies are unsubstantiated, inadmissible hearsay, irrelevant, unduly prejudicial, and self-serving. Defendants rely upon Rules 401, 402, 403, 801, and 802 of the Federal Rules of Evidence in support of this Motion.

*(SIGNATURE PAGE TO FOLLOW)*

                              Respectfully submitted,

                              ***s/ Tem Miles.***
                              Daniel R. Settana, Jr., FED ID #06065
                              Temus C. Miles, Jr., FED ID #10753
                              McKay, Cauthen, Settana & Stubley, P.A.
                              1303 Blanding Street
                              P.O. Drawer 7217
                              Columbia, SC   29202
                              (803) 256-4645
Columbia, South Carolina       Attorneys for Defendants
January 8, 2015